IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGIE L. KEMP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-1228 |
| | : | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 24th day of March, 2022, upon consideration of Plaintiff's Statement of Issues and Brief in Support of Request for Review (Doc. No. 23) and Defendant's Response thereto (Doc. No. 28), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE